### 13327.  DRAKE v. THE STATE.

BROYLES, C. J.  1. The court did not err in overruling those grounds of
the motion for a new trial which were based upon alleged newly dis-
covered evidence, it not appearing by affidavit of the accused and his
counsel that they did not know of the existence of such evidence before
the trial.  Park's Ann. Code, § 6086.

2. The verdict was authorized by the evidence, and, having been approved
by the trial judge, and no error of law appearing, this court is without
authority to interfere.

                   *Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
                            DECIDED APRIL 11, 1922.

Indictment for adultery, etc.; from Seminole superior court —
Judge Worrill.  January 21, 1922.

*J. E. Drake, W. V. Custer*, for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill*, contra.